NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

JULIO CESAR PEREZ, *Petitioner.*

No. 1 CA-CR 24-0117 PRPC

FILED 04-29-2025

Appeal from the Superior Court in Maricopa County
No. CR 1996-093304
The Honorable Michael J. Herrod, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Office of the Legal Advocate, Phoenix
By Jeremy Phillips
*Counsel for Petitioner*

Maricopa County Attorney's Office, Phoenix
By Douglas Gerlach
*Counsel for Respondent*

---

## MEMORANDUM DECISION

Presiding Judge Brian Y. Furuya, Chief Judge David B. Gass, and Vice Chief Judge Randall M. Howe delivered the decision of the court.

---

PER CURIAM:

**¶1**      Petitioner Julio Cesar Perez seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's fourth petition.

**¶2**      Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is Petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**      We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, the petition for review, and the response and reply. We have also reviewed the court's order denying the request for rehearing, Petitioner's request for rehearing, and the response and reply. We find that petitioner has not established an abuse of discretion.

**¶4**      We grant review but deny relief.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:            JR